UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-61502-CIV-COHN/SNOW

ULTIMATE CIGARS, INC.,
a Florida corporation, and
MUHAMMAD SOHAIL,
individually,

        Plaintiffs,

v.

RCG PRODUCTIONS, L.L.C.,
an Arizona Corporation, and
CURTIS GUNN, individually,

        Defendants.
_____/



## JOINT MOTION FOR ENLARGEMENT OF TIME AND/OR TO ABATE

Plaintiffs and Defendants, by and through their undersigned attorneys, file this, their Joint Motion for Enlargement of Time and to Abate, and as grounds state as follows:

1.    On September 13, 2005, Plaintiffs filed suit against Defendants to remedy violations of the Anti-Cybersquatting Consumer Protection Act of 1999.

2.    On October 11, 2005, Defendants, through counsel, made their first appearance in this matter.

3.    On November 28, 2005, Plaintiffs filed an Unopposed Motion for Enlargement of Time to Submit the Conference Report and Proposed Scheduling Order.

4.    On December 1, 2005, the Court granted Plaintiffs' Motion for Enlargement of Time allowing the parties until December 28, 2005, to submit the Conference Report and Proposed Scheduling Order.

5.    At this time, the parties have settled this matter and are in the process of

1

finalizing settlement documents in support thereof.

6. Thus, the parties are confident this matter is resolved and will conclude without resort to further litigation.

7. As such, both parties respectfully request that this matter be taken off the Court's docket for ninety (90) days so that the parties may finalize the settlement in this matter.

8. Further, the parties will save additional fees and costs and promote judicial economy upon settling this matter prior to submitting the Conference Report and Joint Proposed Scheduling Order and requiring this Court to enter a Scheduling Order.

9. No party will be prejudiced by the granting of this Motion.

10. This Motion is not being filed for any dilatory purposes.

**WHEREFORE,** Plaintiffs and Defendants respectfully request that the Court grant the Joint Motion for Enlargement of Time and/or to Abate to allow the parties to finalize all settlement documentation and to avoid the need to incur additional fees and costs associated with preparing the Conference Report, Joint Proposed Scheduling Order and other required litigation documents.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court "for cause shown may at any time in its discretion" enlarge the time required by the Rules of Procedure, order of Court, or otherwise. This Motion clearly sets forth a good faith basis for granting this enlargement and/or abatement. The parties are not engaging in any type of delay tactic that would warrant denial of this Motion. Plaintiffs and Defendants respectfully

request that the Court exercise its discretion and permit the requested enlargement for the good cause stated herein.

Dated this 23rd day of December, 2005.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| THE LIVINGSTON FIRM<br>**Counsel for Defendants**<br>963 Trail Terrace Drive<br>Naples, Florida 34103<br>TEL: (239) 262-8502<br>FAX: (239) 261-3773 | ROTHSTEIN ROSENFELDT ADLER, P.A.<br>**Counsel to Plaintiffs**<br>300 Las Olas Place<br>300 S.E. 2nd Street, Suite 860<br>Fort Lauderdale, Florida 33301<br>TEL: (954) 522-3456<br>FAX: (954) 527-8663 |
| By: _____<br>Edward Livingston, Esq.<br>Florida Bar No.: 251879 | By: _____<br>Scott W. Rothstein, Esq.<br>Florida Bar No.: 765880<br>Gregory R. Barthelette, Esq.<br>Florida Bar No.: 79129 |